## CERTIFICATE OF IMPROVED MENTAL CONDITION AND REQUEST FOR CONDITIONAL RELEASE FROM PSYCHIATRIC HOSPITALIZATION

This is to advise you that inmate Leslie Stewart, a patient currently housed in the Mental Health Division at the Federal Medical Center in Butner, North Carolina (FMC-Butner), who was committed to this psychiatric hospital on January 15, 2005, pursuant to Title 18 U.S.C. § 4243, has recovered from his mental disease or defect to such an extent that his conditional release under the attached regimen of care and treatment would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another.

Pursuant to Title 18 U.S.C. § 4243, I hereby request that this individual be discharged from the Mental Health Division of FMC-Butner.

_____
A. F. Beeler, Warden
Federal Medical Center
Butner, North Carolina

Subscribed and sworn before me this _27_ day of _April_, 2006.

_____
NOTARY PUBLIC

My Commission expires _9/7/2010_.