IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 7:02-CR-56-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LESLIE STEWART, | ) | |
| Reg. No. 23102-056, | ) | |
| | ) | |
| Respondent. | ) | |

This matter comes before the court on the United States' 19 August 2010 motion to file the 28 June 2010 annual forensic update under seal. The motion represents that the respondent does not oppose the motion.

For the reasons stated in the motion it is ALLOWED. Furthermore, pursuant to Fed. R. Civ. P. 5.2(d), L. Civ. R. 79.2, EDNC, and Section T of the court's CM/ECF Administrative Policy Manual,[1] the court ORDERS that the parties file any future forensic evaluations or other psychological or psychiatric documents in this case under seal, whether such documents are produced by government evaluators, independent examiners appointed by order of this court, or

---

[1] Although the Clerk's office assigns criminal case numbers to commitments arising under 18 U.S.C. § 4243, such commitment is a civil process, and therefore the court concludes that rules of civil procedure apply. See, e.g., United States v. Gagnon, 343 Fed. Appx. 867, 868 n.1 (4th Cir. 2009) (noting the defendant's "civil commitment pursuant to 18 U.S.C. § 4243(d)"); United States v. Tom, 565 F.3d 497, 504 (8th Cir. 2009) ("18 U.S.C. § 4243 provides for the civil commitment of persons found not guilty by reason of insanity"); United States v. Crape, 314 Fed. Appx. 199, 200 (11th Cir. 2008) ("Hearings held under § 4243 are civil, not criminal, in nature.").

other mental health professionals.

    This 31 August 2010.

                                      W. Earl Britt
                                      Senior U.S. District Judge

2

Case 7:02-cr-00056-BR  Document 70  Filed 08/31/10  Page 2 of 2